UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **JOSEPH M. POIDOMANI,** | ) | Bankruptcy No. 15-43697 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 17, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

ARTHUR CZAJA
6121 N. Northwest Hwy., Ste. 1
Chicago, IL 60631

**VIA REGULAR MAIL**

POIDOMANI, JOSEPH M
944 LOCKWOOD LANE
BATAVIA, IL 60510

LOIS WEST, CPA
Kutchins, Robbins, & Diamond, Ltd.
1101 Perimeter Drive, Suite #760
Schaumburg, IL 60173

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101-7346

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000