# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: POIDOMANI, JOSEPH M     § Case No. 15-43697
                               §
                               §
Debtor(s)                      §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $494,567.90 *(without deducting any secured claims)* | Assets Exempt: $158,842.18 |
| Total Distribution to Claimants: $13,828.01 | Claims Discharged Without Payment: $541.59 |
| Total Expenses of Administration: $10,808.51 | |

3) Total gross receipts of $ 45,013.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,377.11 (see **Exhibit 2**), yielded net receipts of $24,636.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,808.51 | 10,808.51 | 10,808.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 13,332.76 | 13,332.76 | 13,332.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,036.84 | 1,036.84 | 495.25 |
| **TOTAL DISBURSEMENTS** | $0.00 | $25,178.11 | $25,178.11 | $24,636.52 |

4) This case was originally filed under Chapter 7 on December 30, 2015. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2019          By: /s/THOMAS E. SPRINGER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's interest ub his employer stock purchase | 1229-000 | 45,013.63 |
| **TOTAL GROSS RECEIPTS** | | **$45,013.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| POIDOMANI, JOSEPH M | Dividend paid 100.00% on $19,835.52; Claim# SURPLUS; Filed: $19,835.52; Reference: | 8200-002 | 19,835.52 |
| POIDOMANI, JOSEPH M | Add'l SURPLUS; dividend check returned from IRS as fully paid | 8200-002 | 541.59 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20,377.11** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER | 2100-000 | N/A | 3,267.81 | 3,267.81 | 3,267.81 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 5,020.50 | 5,020.50 | 5,020.50 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 19.84 | 19.84 | 19.84 |
| Other - LOIS WEST, CPA | 3410-000 | N/A | 1,055.00 | 1,055.00 | 1,055.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.39 | 12.39 | 12.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.57 | 62.57 | 62.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.11 | 71.11 | 71.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.38 | 62.38 | 62.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.74 | 68.74 | 68.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.35 | 64.35 | 64.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.11 | 62.11 | 62.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.58 | 70.58 | 70.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.78 | 59.78 | 59.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.96 | 63.96 | 63.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.74 | 61.74 | 61.74 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 706.00 | 706.00 | 706.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.65 | 69.65 | 69.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,808.51 | $10,808.51 | $10,808.51 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 13,332.76 | 13,332.76 | 13,332.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $13,332.76 | $13,332.76 | $13,332.76 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 268.30 | 268.30 | 268.30 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 4.48 | 4.48 | 4.48 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 532.70 | 532.70 | 0.00 |
| 2PI | Internal Revenue Service | 7990-000 | N/A | 222.47 | 222.47 | 222.47 |
| 2UI | Internal Revenue Service | 7990-000 | N/A | 8.89 | 8.89 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,036.84 | $1,036.84 | $495.25 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-43697  
**Case Name:** POIDOMANI, JOSEPH M  

**Period Ending:** 03/15/19  

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 12/30/15 (f)  
**§341(a) Meeting Date:** 01/25/16  
**Claims Bar Date:** 07/17/17  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  944 Lockwood Lane, Batavia, IL 60510  Debtor's primary residence - single family home.  Entire property value: $295000 | 295,000.00 | 0.00 | | 0.00 | FA |
| 2  2012 Jeep Grand Cherokee, 17,000 miles | 25,000.00 | 0.00 | | 0.00 | FA |
| 3  One oridnary lot of misc. used household goods and furnishings, used appliances, used tvs, etc. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4  Necessary wearing apparel of the Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 5  Checking: Debtor's checking account at Chase Bank, account number xxxx6239, approximate balance is $1,000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Checking: Debtor's checking account with Fifth Third Bank, account number xxxx5786, approximate balance of $250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 7  Savings: Debtor's savings account with Chase Bank, account number xxxx2047, approximate balance of $200.00. | 200.00 | 0.00 | | 0.00 | FA |
| 8  IRA: Debtor's ROTH IRA with Edward Jones approximate balance of $31,192.07 | 31,192.07 | 0.00 | | 0.00 | FA |
| 9  IRA: Debtor's traditional IRA, Advisory Solution | 81,767.32 | 0.00 | | 0.00 | FA |
| 10  Debtor's living trust with Edward Jones, approximate balance of $2,983.65 | 2,983.65 | 0.00 | | 0.00 | FA |
| 11  Debtor's interest ub his employer stock purchase (u) plan with his employer Cadence Design Systems and maintained by Charles Schwab  Listed on Debtor"s amended schedules | 45,013.63 | 45,013.63 | | 45,013.63 | FA |
| 12  Debtor's 401 (k) plan with his employer (u) Cadence Design Systems, Inc.  Listed on Debtor's amended schedules | 55,174.86 | 0.00 | | 0.00 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$539,581.53** | **$45,013.63** | | **$45,013.63** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-43697  
**Case Name:** POIDOMANI, JOSEPH M  

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 12/30/15 (f)  
**§341(a) Meeting Date:** 01/25/16  

**Period Ending:** 03/15/19  
**Claims Bar Date:** 07/17/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Case reopened 4/7/17. Trustee's accountant to prepare estate tax returns and after prompt determination response received, Final Report will be filed.

**Initial Projected Date Of Final Report (TFR):** July 15, 2018    **Current Projected Date Of Final Report (TFR):** June 15, 2018 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-43697 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | POIDOMANI, JOSEPH M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***2715 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/15/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/17 | {11} | Joseph Poidomani | Liquidation of Personal Property | 1229-000 | 45,013.63 | | 45,013.63 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 45,003.63 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.57 | 44,941.06 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.11 | 44,869.95 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.38 | 44,807.57 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.74 | 44,738.83 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.35 | 44,674.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.11 | 44,612.37 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.58 | 44,541.79 |
| 02/13/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #15-43697, yearly bond premium | 2300-000 | | 12.39 | 44,529.40 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.78 | 44,469.62 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.96 | 44,405.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.74 | 44,343.92 |
| 05/11/18 | 102 | Illinois Department of Revenue | taxes due for estate tax return | 2820-000 | | 706.00 | 43,637.92 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.65 | 43,568.27 |
| 08/28/18 | 103 | LOIS WEST, CPA | Dividend paid 100.00% on $1,055.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,055.00 | 42,513.27 |
| 08/28/18 | 104 | THOMAS E. SPRINGER | Dividend paid 100.00% on $3,267.81, Trustee Compensation; Reference: | 2100-000 | | 3,267.81 | 39,245.46 |
| 08/28/18 | 105 | POIDOMANI, JOSEPH M | Dividend paid 100.00% on $19,835.52; Claim# SURPLUS; Filed: $19,835.52; Reference: | 8200-002 | | 19,835.52 | 19,409.94 |
| 08/28/18 | 106 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | 272.78 | 19,137.16 |
| | | | Dividend paid 100.00% on $268.30; Claim# 1; Filed: $268.30 | 268.30 | 7100-000 | | 19,137.16 |
| | | | Dividend paid 100.00% on $4.48; Claim# 1I; Filed: $4.48 | 4.48 | 7990-000 | | 19,137.16 |
| 08/28/18 | 107 | Internal Revenue Service | Combined Check for Claims#2P,2PI | | | 13,555.23 | 5,581.93 |
| | | | Dividend paid 100.00% on $13,332.76; Claim# 2P; Filed: $13,332.76 | 13,332.76 | 5800-000 | | 5,581.93 |
| | | | Dividend paid 100.00% on $222.47; Claim# 2PI; | 222.47 | 7990-000 | | 5,581.93 |

Subtotals : $45,013.63   $39,431.70

{} Asset reference(s)

Printed: 03/15/2019 01:42 PM   V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-43697  
**Case Name:** POIDOMANI, JOSEPH M

**Taxpayer ID #:** **-***2715  
**Period Ending:** 03/15/19

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $222.47 | | | | |
| 08/28/18 | 108 | Internal Revenue Service | Combined Check for Claims#2U,2UI Voided on 10/24/18 | 7100-000 | | 541.59 | 5,040.34 |
| 08/28/18 | 109 | THOMAS E. SPRINGER | Combined Check for Claims#et_al. | | | 5,040.34 | 0.00 |
| | | | Dividend paid 100.00%     5,020.50 on $5,020.50;  Claim# ; Filed: $5,020.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     19.84 on $19.84;  Claim# ; Filed: $19.84 | 3120-000 | | | 0.00 |
| 10/24/18 | 108 | Internal Revenue Service | Combined Check for Claims#2U,2UI Voided: check issued on 08/28/18 | 7100-000 | | -541.59 | 541.59 |
| 11/02/18 | 110 | POIDOMANI, JOSEPH M | Add'l SURPLUS; dividend check returned from IRS as fully paid | 8200-002 | | 541.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,013.63 | 45,013.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 45,013.63 | 45,013.63 | |
| | | | Less: Payments to Debtors | | | 20,377.11 | |
| | | | **NET Receipts / Disbursements** | | **$45,013.63** | **$24,636.52** | |

|  |  |
|---|---:|
| Net Receipts : | 45,013.63 |
| Less Payments to Debtor : | 20,377.11 |
| Net Estate : | $24,636.52 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1366 | 45,013.63 | 24,636.52 | 0.00 |
| | $45,013.63 | $24,636.52 | $0.00 |

{} Asset reference(s)